IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

ROBERT F. HUMPHREY,

   Defendant.

Case No. 4:17-cr-40051-JPG-2

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Robert F. Humphrey's motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, making Amendment 821 retroactive (Docs. 91 & 94).  The Government agrees with the counsel's motion (Doc. 96).

The parties agree that the defendant is eligible for a reduction under Part A of Amendment 821, which amended U.S.S.G. § 4A1.1(e) (2023) and concerns criminal history points awarded because a defendant was under a criminal sentence when he committed his offense of conviction ("status points").   Under Amendment 821, the defendant's 2 status points are reduced to 0 status points, and his criminal history category is reduced from IV to III.   The result is that his guideline sentencing range is lowered.   Considering this lowered range, the parties agree that it is appropriate to reduce the defendant's sentence from 200 months to 133 months in prison on each count of conviction to run concurrently with credit for time served (6 months) on a related state case from Williamson County, Illinois, case number 15-CF-5.   The Court agrees for the reasons set forth in the motion.

Accordingly, the Court **GRANTS** the motions (Doc. 94) and reduces the defendant's sentence of imprisonment from 200 months to **133 months or "time served," whichever is**

**longer,** effective February 1, 2024, with credit for time served (6 months) on a related state case from Williamson County Illinois, case number 15-CF-5.  The Court attaches its standard order (AO Form 247) reflecting the sentence reduction.

      Humphrey's *pro se* motion for a reduction (Doc. 91) is **DENIED as moot** in light of this order.   Humphrey's motion for appointment of counsel (Doc. 92) is **DENIED as moot** in light of entry of an appearance by AFPD Kilgore (Doc. 93).

**IT IS SO ORDERED.**
**DATED:   January 23, 2024**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **U.S. DISTRICT JUDGE**